■ KENNETH S. HYATT, Respondent, v. CARMINE PEDUTO, Appellant.— Motion for a stay granted on condition that appellant be ready to argue or submit the appeal at the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. The record

968

and appellant's brief must be served and filed on or before August 1, 1960. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.